# FILED

NOV 2 5 2024

Clerk, US District Court
Middle District of Florida
Fort Myers, Florida

Joseph Dole K-[illegible]
Pinckneyville Correctional Center
5835 State Route 154
Pinckneyville, IL 62274

IDOC INDIVIDUAL IN CUSTODY MAIL

SCREENED By USMS

To: Clerk of the U.S. Dist Ct. for
Middle District of Florida
Ft. Myers Division
2110 First Street
Fort Myers, FL 33901

Legal Mail