UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                              Case No:  2:98-cr-83-JES

NATHAN LEE STEFFEN and
KRISTINA ROSE KLAW

**ORDER**

This matter comes before the Court on non-party Joseph Dole's Motion for Extension of Time to File Plaintiff's Reply to "United States' Response to Joseph Dole's Motion to Unseal Records, Pleadings or Transcripts (Doc. #64), Motion to Intervene for the Limited Purpose of Challenging Sealing of Records (Doc. #65), and Motion for Leave to File Instanter the Attached Motion to Intervene for the Limited Purpose of Challenging Sealing of Records (Doc. #66).

On March 6, 2025, the Court issued an Opinion and Order (Doc. #63) granting leave to intervene as it was unopposed, finding that Mr. Dole had standing to seek access, and directing the Clerk to remove the restrictions from documents.  The effective date is stayed until April 7, 2025, to allow the United States to appeal to the Eleventh Circuit.  The motions will be denied as moot as no reply is necessary since the Court granted the relief,

intervention was permitted, and further filings on the issue are not required.

Accordingly, it is hereby

**ORDERED:**

Non-party Joseph Dole's Motion for Extension of Time to File Plaintiff's Reply to "United States' Response to Joseph Dole's Motion to Unseal Records, Pleadings or Transcripts (Doc. #64), Motion to Intervene for the Limited Purpose of Challenging Sealing of Records (Doc. #65), and Motion for Leave to File Instanter the Attached Motion to Intervene for the Limited Purpose of Challenging Sealing of Records (Doc. #66) are **DENIED** as moot.

**DONE and ORDERED** at Fort Myers, Florida, this __27th__ day of March 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Joseph Dole
Counsel of record